IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANNY OVERTON CRUSE                                                          PLAINTIFF

           v.                    Civil No. 05-2027

MIKE CONGER, Jail Administrator;
CPL. JUSTIN RITTER; DEPUTY
MIKE RESTINE; DEPUTY STAMPS;
and DEPUTY DARREN SCOTT                                                      DEFENDANTS

## **ORDER**

On November 4, 2005, the defendants filed a motion to vacate (Doc. 26). Defendants ask the court to set aside the order (Doc. 22) directing them to file a summary judgment motion. Defendants believe this matter cannot be resolved on summary judgment motion and that an evidentiary hearing is necessary.

The motion to vacate is granted. Accordingly, the court's order directing defendants to file a summary judgment motion is set aside. By separate order this matter will be scheduled for an evidentiary hearing.

IT IS SO ORDERED this 10th day of November 2005.

                                                    /s/ Beverly Stites Jones
                                                    UNITED STATES MAGISTRATE JUDGE