IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANNY OVERTON CRUSE                                                                       PLAINTIFF

              v.              Civil No. 05-2027

MIKE CONGER, Jail Administrator;
CPL. JUSTIN RITTER; DEPUTY
MIKE RESTINE; DEPUTY STAMPS;
and DEPUTY DARREN SCOTT                                                                DEFENDANTS

## ORDER

On February 28, 2006, an evidentiary hearing was held in this case. During the course of the hearing, the court ruled on several pending motions. First, the court denied the plaintiff's motion to amend his complaint (Doc. 39) to add Dewey Young as a defendant. The court noted it was simply too late in the case to add another defendant. Second, the court granted the defendants' motion to admit certified medical records (Doc. 42). Those records were admitted as an exhibit in the hearing. Finally, defendants have made no request for a mental evaluation of the plaintiff. Accordingly, plaintiff's motion to preclude such a mental evaluation (Doc. 40) is denied as moot.

IT IS SO ORDERED this 10th day of March 2006.

                                                  /s/ Beverly Stites Jones
                                                 UNITED STATES MAGISTRATE JUDGE