IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANNY OVERTON CRUSE                                             PLAINTIFF

    v.                              No. 05-2027

MIKE CONGER, Jail Administrator;
CPL. JUSTIN RITTER; DEPUTY
MIKE RESTINE; DEPUTY STAMPS;
and DEPUTY DARREN SCOTT                                DEFENDANTS

**O R D E R**

Now on this 1st day of May 2006, there comes on for consideration the report and recommendation filed herein on March 21, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 50). Plaintiff has not filed objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing on his complaint, and the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge